# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY VAHAN TOPJIAN, | Case No: 2:15-CV-03607-GJS |
| Plaintiff | [PROPOSED] JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: February 16, 2016

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-